**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 07-cv-01772-REB

MARITAIN HEALTH, INC., a New York corporation,

    Plaintiff,

v.

DAVID McFERRIN, an individual, and
REGIONAL CARE, INC., a Nebraska corporation,

    Defendants.

**ORDER GRANTING STIPULATED MOTION FOR REFERENCE OF PRELIMINARY INJUNCTION PORTION OF PLAINTIFF'S AMENDED MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION TO MAGISTRATE JUDGE PER 28 U.S.C. §636(c) AND D.C.COLO.L.Civ.R 72.2A
AND
SPECIAL ORDER OF REFERENCE**

**Blackburn, J.**

The matter comes before me on the **Stipulated Motion for Reference of Preliminary Injunction Portion of Plaintiff's Amended Motion for Temporary Restraining Order and Preliminary Injunction To Magistrate Judge Per 28 U.S.C. §636(c) and D.C.COLO.L.Civ.R**. **72.2A** [#20], filed September 17, 2007.  After careful review of the motion and the file, the court has concluded that this motion should be granted.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulated Motion for Reference of Preliminary Injunction Portion of Plaintiff's Amended Motion for Temporary Restraining Order and Preliminary**

**Injunction To Magistrate Judge Per 28 U.S.C. §636(c) and D.C.COLO.L.Civ.R. 72.2A** [#20], filed September 17, 2007, is **GRANTED**;

     2. That pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b), the Honorable Kristen L. Mix, United States Magistrate Judge, is designated to hear and resolve the application for preliminary injunction, which is an integral part of **Meritain Health, Inc. s** [*sic*] **Amended Motion for Temporary Restraining Order and Preliminary Injunction** [#4], filed August 23, 2007; and

     3. That the hearing now set before the Honorable Robert E. Blackburn, United States District Judge, on December 14, 2007, is **VACATED**.

     Dated September 20, 2007, at Denver, Colorado.

                                      **BY THE COURT:**

                                      **s/ Robert E. Blackburn**
                                      **Robert E. Blackburn**
                                      **United States District Judge**