IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-01772-REB-KLM

MERITAIN HEALTH, INC., a New York Corporation,

    Plaintiff,

v.

DAVID McFERRIN, an individual, and
REGIONAL CARE, INC., a Nebraska corporation,

    Defendants.
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter comes before the Court on the Parties' **Joint Motion to Vacate and Reschedule Hearing on Plaintiff's Motion for Preliminary Injunction** [Docket No. 34; filed October 2, 2007] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED.**  Accordingly, the hearing currently set for October 29, 2007 is **VACATED** and **RESET** for **November 28, 2007** at **9:00 a.m.** in Courtroom A 501, 5th floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

    Anyone seeking entry to the Alfred A. Arraj United States Courthouse will be required to show valid photo identification. *See* D.C. Colo.LCIVR.83.2B.  Failure to comply with this requirement will result in denial of entry to the courthouse.

    Dated:    October 2, 2007