IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-01772-REB-KLM

MERITAIN HEALTH, INC., a New York Corporation,

    Plaintiff,

v.

DAVID McFERRIN, an individual, and
REGIONAL CARE, INC., a Nebraska corporation,

    Defendants.
_____

## MINUTE   ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L.  MIX**

    This matter comes before the Court on the Parties' **Stipulated Motion for Protective Order** [Docket No. 24; filed September 18, 2007] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED.**

    IT IS FURTHER **ORDERED** that the Protective Order is **accepted** for filling and is entered as an Order of this Court as of the date of this Minute Order.


    Dated:       October 2, 2007