# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 07-cv-01772-REB-KLM

MERITAIN HEALTH, INC., a New York corporation,

    Plaintiff,

v.

DAVID McFERRIN, an individual, and
REGIONAL CARE, INC., a Nebraska corporation,

    Defendants.

## MINUTE ORDER[1]

    The matter comes before the court on the **Joint Motion To Vacate Preliminary Injunction Hearing** [#52], filed November 21, 2007. The motion is **GRANTED**, and the preliminary injunction hearing previously set for November 28, 2007, is **VACATED**.

    **IT IS FURTHER ORDERED** that dismissal documents shall be filed on or before **December 1, 2007**.

    Dated: November 26, 2007

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.