IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 07-cv-01772-REB-KLM

MERITAIN HEALTH, INC., a New York corporation,

    Plaintiff,

v.

DAVID McFERRIN, an individual, and
REGIONAL CARE, INC., a Nebraska corporation,

    Defendants.

## ORDER OF DISMISSAL
## AS TO DEFENDANT REGIONAL CARE INC. ONLY

**Blackburn, J.**

The matter comes before the court on the **Stipulation For Dismissal With Prejudice of Plaintiff's Claims Against Defendant Regional Care Inc.** [#60], filed December 24, 2007. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that plaintiff's claims against defendant, Regional Care, Inc., should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation For Dismissal With Prejudice of Plaintiff's Claims Against Defendant Regional Care Inc.** [#60], filed December 24, 2007, is **APPROVED**;

    2. That plaintiff's claims against defendant, Regional Care, Inc., are **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs; and

3. That defendant, Regional Care, Inc., is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated December 26, 2007, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**