# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 07-cv-01772-REB-KLM

MERITAIN HEALTH, INC., a New York corporation,

    Plaintiff,

v.

DAVID McFERRIN, an individual,

    Defendant.

---

# MINUTE ORDER[1]

---

    The matter before the court is the **Stipulated Motion To Amend Complaint and For Entry of Judgment Against Defendant McFerrin** [#62], filed December 24, 2007. The plaintiff's request to file an amended complaint is **GRANTED**. Plaintiff shall have until 5:00 p.m. on **February 27, 2008**, in which to file its amended complaint with Exhibit 1 (the "Non-Compete Agreement") attached.

    Dated: February 26, 2008

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.