THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action Number: 07-cv-01772-REB

MERITAIN HEALTH, INC., a New York corporation,

Plaintiff,

v.

DAVID McFERRIN, an individual, and
REGIONAL CARE, INC., a Nebraska corporation,

Defendants.

## ORDER GRANTING STIPULATED MOTION TO AMEND COMPLAINT AND FOR ENTRY OF JUDGMENT AGAINST DEFENDANT McFERRIN

**Blackburn, J.**

This matter is before me on the **Stipulated Motion To Amend Complaint and For Entry of Judgment Against Defendant McFerrin** [#62], filed December 24, 2007 (Stipulated Motion).[1] The portion of this motion in which the plaintiff seeks to file an amended complaint was granted previously by my order [#65], filed February 26, 2008. The plaintiff filed its Amended Complaint and Jury Demand [#66] on February 26, 2008. I grant the stipulated motion for entry of judgment against defendant McFerrin and enter the following orders.

I note that the parties filed a stipulation [#60] for dismissal of defendant Regional Care, Inc., on December 24, 2007. Based on that stipulation, I dismissed the claims

---

[1] The Court previously entered an order [#64], filed December 26, 2007, dismissing Defendant Regional Care, Inc., pursuant to the stipulation of the parties.

against Regional Care, Inc., with prejudice. *Order* [#64], filed December 26, 2007. The plaintiff's amended complaint [#66] again names Regional Care, Inc., as a defendant. I assume that again naming Regional Care, Inc., as a defendant was an oversight. However, even if it was not an oversight, the plaintiff's claims against Regional Care, Inc., have been dismissed with prejudice and may not again be asserted in the amended complaint.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion To Amend Complaint and For Entry of Judgment Against Defendant McFerrin** [#62], filed December 24, 2007, is **GRANTED** as to the parties' request for the entry of judgment against defendant McFerrin;

2. That with the consent of the assigned magistrate judge, the memorandum [#63] referring the stipulated motion to the magistrate judge, filed December 26, 2007, is **WITHDRAWN**;

3. That I find and conclude that Non-Compete Agreement between plaintiff's predecessor and defendant McFerrin, which is attached to the amended complaint [#66] as Exhibit 1 (Non-Compete Agreement), constitutes a reasonable restriction necessary to protect plaintiff's trade secrets and, accordingly, is enforceable under the provisions of §8-2-113(2)(b), C.R.S.;

4. That based on this determination, and pursuant to the stipulation of the parties, a **DECLARATORY JUDGMENT SHALL ENTER** for the plaintiff against defendant McFerrin on the Tenth Claim for Relief asserted in the amended complaint [#66], which judgment shall declare that the Non-Compete Agreement attached to the

amended complaint [#66] as Exhibit 1 is enforceable against defendant McFerrin;

5. That the remaining claims asserted in the amended complaint against Defendant McFerrin **ARE DISMISSED** with prejudice, with each party to pay their own costs and attorney fees incurred in this litigation;

6. That to the extent the plaintiff seeks to assert any claims against defendant Regional Care, Inc., in the plaintiff's amended complaint [#66], those claims are **DISMISSED** based on my previous order [#64] dismissing the plaintiff's claims against Regional Care, Inc., with prejudice; and

7. That this case is **CLOSED**.

Dated March 12, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**